UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES ANTHONY WILLIAMS,<br><br>      Plaintiff,<br> v.<br><br>BANNON et al.,<br><br>      Defendants. | CASE NO. 3:25-cv-05706-LK<br><br>ORDER DISMISSING CASE |

  This matter comes before the Court sua sponte. On September 8, 2025, this Court adopted Magistrate Judge Grady J. Leupold's Report and Recommendation, Dkt. No. 4, recommending that pro se Plaintiff James Anthony Williams' application to proceed in forma pauperis ("IFP") be denied, Dkt. No. 1. Dkt. No. 6. In that Order the Court directed Mr. Williams to pay the $405.00 filing fee within 30 days, or by October 8, 2025. *See id.* at 2. The Court warned Mr. Williams that failure to do so would result in the dismissal of his case. *Id.*

//

//

//

ORDER DISMISSING CASE - 1

Mr. Williams has failed to timely pay the case filing fee. Accordingly, the Court DISMISSES this case without prejudice.

Dated this 9th day of October, 2025.

*Lauren King*

Lauren King
United States District Judge

ORDER DISMISSING CASE - 2